UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| SARAH BRYANT et al., | |
| Plaintiffs, | Case No. 22-11319 |
| | Honorable Laurie J. Michelson |
| v. | Magistrate Judge Anthony Patti |
| DOMINO'S PIZZA et al., | |
| Defendants. | |

## JUDGMENT

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's opinion and order dated today, Plaintiffs' complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated this 16TH day of April 2024 in Detroit, Michigan.

KINIKIA D. ESSIX
CLERK OF THE COURT


By: s/Erica Parkin
DEPUTY CLERK


APPROVED:


s/Laurie J. Michelson
LAURIE J. MICHELSON
UNITED STATES DISTRICT JUDGE

Dated: April 16, 2024